IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRACE CHA, | ) | 1:08cv1216 DLB |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | FOR AWARD AND PAYMENT OF |
| Plaintiff, | ) | ATTORNEY FEES PURSUANT TO THE |
| | ) | EQUAL ACCESS OF JUSTICE ACT |
| | ) | (Document 18) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 20, 2009, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that LAURA KRANK, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00). This amount represents compensation for all legal services rendered by LAURA KRANK on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Nor do Plaintiff, LAURA KRANK, or Defendant resolve, settle, or compromise

1

the question of whether LAURA KRANK may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence of an express or implied assignment of such an award or whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Recovery Act.

Payment of ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) in EAJA attorney fees, costs, and expenses to LAURA KRANK shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

IT IS SO ORDERED.

Dated: **May 21, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE